Salvatore MAGGIO, Appellant,

v.

LASALLE PARTNERS ASSET MANAGEMENT, LTD., and Dillard's, Inc., Respondents,

and

Construction Developers, Inc., Defendant.

No. WD 64165.

Missouri Court of Appeals, Western District.

June 7, 2005.

Ray Edward Sousley and Stephen Bradley Small, Kansas City, for appellant.

Casey Owen Housley, Kansas City, for respondent.

Before JOSEPH M. ELLIS, Presiding Judge, PAUL M. SPINDEN, Judge, and VICTOR C. HOWARD, Judge.

## ORDER

Salvatore Maggio appeals the circuit court's judgment dismissing with prejudice his petition for damages arising from personal injury because of his repeated failure to comply with the circuit court's orders and the Rules of Civil Procedure. We affirm. Rule 84.16(b).